Roger V. Jaffe
*Attorney at Law*
770 "L" Street, suite 950
Sacramento, CA 95814
Telephone: (916) 449-3945
 Facsimile: (916) 449-3946
*rvjlaw@hotmail.com*

Steven Benjamin
*Attorney at Law*
Benjamin Law Offices
1127 18th Street
Sacramento, CA 95811
Telephone: (916) 476-4880
Facsimile: (916) 476-4889

*steve@benjaminlawoffices.com*

*Attorneys for Plaintiffs and Cross Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED LABORATORIES INTERNATIONAL, LLC, | Case No: 2:17-cv-00141-TLN-CMK |
| Plaintiff,<br>vs. | |
| VALENTUS INTERNATIONAL; DAVE JORDAN and DOES 1-20, inclusive, | STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26(f) CONFERENCE |
| Defendants. | |
| AND RELATED COUNTER CLAIM | |

COMES NOW Plaintiffs/Counter-Defendants and Defendants/Counterclaimants by and through their counsel of record, Roger V. Jaffe, Stephen Benjamin and Ross M. Campbell and hereby stipulate and agree as follows:

1.   Plaintiff's/Counter-Defendant's co-counsel Steve Benjamin is traveling out of the country until April 4, 2017.  Due to the unavailability of Mr. Benjamin, Plaintiff/Counter-Defendant requests and the parties stipulate the time for conducting the Rule 26(f) conference and submitting the parties' joint status report be continued to April 7, 2017. No prior extensions of this due date have been obtained by the parties.

DATED this 23rd day of March, 2017

COAST LAW GROUP, LLC.

/s/ Ross M. Campbell  (as authorized March 23, 2017)
   Attorney for Defendants/Cross Claimants

/s/ Roger V. Jaffe
   Attorney for Plaintiffs/Cross Defendants

/s/Steve Benjamin (as authorized March 23, 2017)
   Attorney for Plaintiffs/Cross Defendants


ORDER

Pursuant to the stipulation between the parties, the parties shall confer as required by FRCP rule 26(f) and submit their joint status report to the Court on or before April 7, 2017.

 **IT IS SO ORDERED**,

Date:     March 30, 2017

_____
   Troy L. Nunley
2 United States District Judge