Steven Benjamin, Esq. (Cal. Bar. No.176784)
1127 18th Street
Sacramento, California 95811
Telephone: (916) 476-4880
Facsimile: (916) 476-4889
Email: steve@benjaminlawoffices.com

Roger Jaffe, Esq. (Cal. Bar. No.126818)
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 449-3945
Facsimile: (916) 449-3946
Email: rvjlaw@hotmail.com
*Attorneys for Plaintiff and Counterdefendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED LABORATORIES INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VALENTUS INTERNATIONAL; DAVE JORDAN, and DOES 1-20, inclusive, <br><br> Defendants._____ <br><br><br> VALENTUS, INC., a Nevada Corporation; and DAVID JORDAN, an individual; <br><br> Counterclaimants, <br><br> v. <br><br> ADVANCED LABORATORY INTERNATIONAL, LLC; a Nevada limited liability company, and LOUIS VOLPE, an individual; <br><br> Counterdefendants. | Case No. 2:17-cv-00141-TLN-CMK <br><br> **STIPULATION AND ORDER RE FILING OF RESPONSIVE PLEADING TO AMENDED COUNTERCLAIMS** |

Defendants/Counterclaimants and Plaintiff/Counter-Defendants, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Counterclaimants filed their Answer and original Counterclaims on January 30, 2017. (Dkt. No. 3). Counterclaimants stipulated to provide Counter-Defendants additional time to respond to the Counterclaims to March 6, 2017. (Dkt. No. 5).

2. Counter-Defendant Louis Volpe filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 6, 2017 (Dkt. No. 7). Counter-Defendant Advanced Laboratory International, LLC ("Advanced Labs") filed an Answer to the Counterclaims on March 7, 2017. (Dkt. No. 9).

3. Counterclaimants filed their First Amended Counterclaims on March 27, 2017. (Dkt. No. 12).

4. On March 30, 2017, the Court issued a Minute Order striking the First Amended Counterclaims, and stating that because Advanced Labs answered the original Counterclaims, Counterclaimants must seek leave of Court before filing an amended counterclaim. (Dkt. No. 13).

5. On April 7, 2017, the Court issued a Minute Order unstriking the the First Amended Counterclaims and deeming the First Amended Counterclaims filed as of March 27, 2017.

6. Per Federal Rule of Civil Procedure 15(a)(3), unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.

7. By operation of the Court's April 7, 2017 Minute Order, responsive pleadings to the nunc pro tunc unstricken First Amended Counterclaims would be due on April 10, 2017.

8. In the interest justice, the parties stipulate Counterdefendants Response to, and any counterclaims to, the First Amended Counterclaims be due on April 21, 2017 (14 days after the April 7, 2017 Minute Order).

9. Counsel for Defendants/Counterclaimants will be traveling for his honeymoon from April 23 through May 9, 2017. Therefore, the parties stipulate that Counterclaimants' response to any counterclaim to the First Amended Counterclaims be due May 22, 2017.

DATED this 10th day of April, 2017.

Respectfully submitted,

COAST LAW GROUP, LLP

By:  /s/ Ross M. Campbell
Ross M. Campbell (Cal. Bar No. 234827)
1140 South Coast Highway 101
Encinitas, California 92024
Telephone: (760) 942-8505
Email: ross@coastlawgroup.com
*Attorneys for Defendants and Counterclaimants*


BENJAMIN LAW OFFICES

/s/ Steven Benjamin
Steven Benjamin, Esq. (Cal. Bar. No.176784)
1127 18th Street
Sacramento, California 95811
Telephone: (916) 476-4880
Facsimile: (916) 476-4889
Email: steve@benjaminlawoffices.com
*Attorneys for Plaintiff and Counterdefendants*

/s/ Roger Jaffe
Roger Jaffe, Esq. (Cal. Bar. No.126818)
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 449-3945
Facsimile: (916) 449-3946
Email: rvjlaw@hotmail.com
*Attorneys for Plaintiff and Counterdefendants*

# ORDER

Pursuant to the stipulation between the parties, Counterdefendants Response to, and any counterclaims to, the First Amended Counterclaims be due on April 21, 2017 and Counterclaimants response to any Counterclaim to the First Amended Counterclaims are due May 22, 2017.

Date: April 11, 2017

Troy L. Nunley
United States District Judge