**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED LABORATORIES, INTERNATIONAL, LLC, | No. 2:17-CV-0141-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| VALENTUS INTERNATIONAL, et al., | |
| Defendants. | |
| _____ / | |
| VALENTUS, INC., et al., | |
| Counterclaimants, | |
| vs. | |
| ADVANCED LABORATORY INTERNATIONAL, LLC, et al., | |
| Counterdefendants. | |
| _____ / | |

/ / /

/ / /

1

Plaintiff brings this civil action for breach of contract. Currently pending before the court are plaintiff's three separate motions to compel (see Docs. 24, 25, and 29). Two motions are set for hearing before the undersigned in Redding, California, on October 25, 2017, and the third is set for hearing before the undersigned in Redding, California, on November 8, 2017. The court sua sponte re-sets hearing on the first two motions for November 8, 2017, so that all three motions may be heard at the same time.

The parties are reminded of their obligation pursuant to Eastern District of California Local Rule 251 of the requirement to meet and confer and to submit a joint statement. In this case, the parties are instructed to meet and confer regarding the three pending motions and to file a single joint statement addressing all of the matters in dispute on or before November 1, 2017. The parties may appear telephonically at the hearing on November 8, 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions to compel (Docs. 24 and 25), currently set for hearing on October 25, 2017, are reset for hearing in Redding, California, on November 8, 2017, at 10:00 a.m., and

2. The parties shall meet and confer and file a single joint statement regarding all three pending discovery matters on or before November 1, 2017.

DATED: October 19, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE