# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED LABORATORIES INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALENTUS INTERNATIONAL; DAVE JORDAN, and DOES 1-20, inclusive,<br><br>Defendants.<br><br>―――――――――――――――<br><br>VALENTUS, INC. and DAVID JORDAN;<br><br>Counterclaimants,<br><br>v.<br><br>ADVANCED LABORATORY INTERNATIONAL, LLC; VITAE GLOBAL, LLC; and LOUIS VOLPE;<br><br>Counterdefendants. | Case No. 2:17-cv-00141-TLN-CMK<br><br>**ORDER CONTINUING HEARING DATE ON MOTIONS TO COMPEL**<br><br>New Hearing Date: January 10, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: 304, 3rd Floor<br>Judge: Hon. Craig M. Kellison |

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO COMPEL (2:17-CV-001141-TLN-CMK)**

**ORDER**

Pursuant to the stipulation between the parties, IT IS HEREBY ORDERED that:

1. Valentus, Inc.'s motions to compel (Docs. 24, 25, and 29), currently set for hearing on November 29, 2017, are reset for hearing in Redding, California, on **January 10, 2018**, the court's next available hearing date, at 10:00 a.m.; the parties may appear telephonically at the hearing; and

2. The parties shall file a single joint statement regarding all three discovery matters on or before January 3, 2018.

Dated: November 27, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE