# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED LABORATORIES INTERNATIONAL, LLC, <br><br> Plaintiff, <br> v. <br><br> VALENTUS INTERNATIONAL; DAVE JORDAN, and DOES 1-20, inclusive, <br><br> Defendants. <br><br> _____ <br><br> VALENTUS, INC. and DAVID JORDAN; <br><br> Counterclaimants, <br> v. <br><br> ADVANCED LABORATORY INTERNATIONAL, LLC; VITAE GLOBAL, LLC; and LOUIS VOLPE; <br><br> Counterdefendants. | Case No. 2:17-cv-00141-TLN-CMK <br><br> **ORDER CONTINUING DISCOVERY COMPLETION AND EXPERT WITNESS DISCLOSURE DATES** |

**ORDER**

Pursuant to the stipulation and joint application of the parties, IT IS HEREBY ORDERED that the Pretrial Scheduling Order is amended as follows:

1.   The discovery completion date is continued to February 7, 2018; and

2.   The expert witness disclosure date is continued to April 6, 2018.

DATED: December 7, 2017

Troy L. Nunley
United States District Judge

**ORDER CONTINUING DISCOVERY COMPLETION AND EXPERT WITNESS DATES (2:17-CV-001141-TLN-CMK)**