David A. Peck (Cal. Bar No. 171854)
Ross M. Campbell (Cal. Bar No. 234827)
**Coast Law Group, LLP**
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515
Email: dpeck@coastlawgroup.com
      ross@coastlawgroup.com

Attorneys for Defendants and Counterclaimants,
VALENTUS, INC. and DAVID JORDAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ADVANCED LABORATORIES
INTERNATIONAL, LLC,

        Plaintiff,

v.

VALENTUS INTERNATIONAL; DAVE
JORDAN, and DOES 1-20, inclusive,

        Defendants.

_____

VALENTUS, INC. and DAVID JORDAN;

        Counterclaimants,

v.

ADVANCED LABORATORY
INTERNATIONAL, LLC; VITAE
GLOBAL, LLC; and LOUIS VOLPE;

        Counterdefendants.

Case No. 2:17-cv-00141-TLN-CMK

**STIPULATION AND ORDER
CONTINUING HEARING DATE ON
MOTIONS TO COMPEL AND
APPLICATION FOR ORDER TO
SHOW CAUSE**

Hearing Date: January 10, 2018
Hearing Time: 10:00 a.m.
Courtroom: 304, 3rd Floor
Judge: Hon. Craig M. Kellison

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO COMPEL (2:17-CV-001141-TLN-CMK)**

Defendant and Counterclaimant Valentus, Inc. ("Valentus"), on the one hand, and Plaintiff and Counter-Defendant Advanced Laboratory International, LLC, and Counter-Defendants Vitae Global, LLC and Louis Volpe (collectively, the "Counter-Defendants") on the other hand, hereby stipulate and agree as follows:

1. Valentus has filed three separate motions to compel as against the Counter-Defendants (Dkt. Nos. 24, 25, and 29) (the "Motions").

2. On November 28, 2017, to allow the parties to further meet and confer regarding the Motions, the Court issued an Order continuing the hearing date on the Motions to January 10, 2018, and continuing the due date for filing a Joint Statement to January 3, 2018. (Dkt. No. 35).

3. On December 13, 2017, Valentus filed notice of its Application for Order to Show Cause why Jane G. Lee should not be held in contempt for failing to comply with a document subpoena (the "Application"). (Dkt. No. 38). The hearing on the Application is also scheduled for January 10, 2018.

4. The parties have since engaged in settlement discussions and believe they are close to resolving this matter. To allow the parties to further discuss settlement, and to afford sufficient time to prepare a settlement agreement, they request a three-week continuance of the foregoing dates. The parties therefore request that the Court continue the hearing date on the Motions and Application to January 24, 2018, and the due date for filing the Joint Statement and briefing on the Application to January 17, 2018.

5. Good cause exists to grant this request, to avoid potentially unnecessary time and expense, and the need for the Court to resolve the Motions.

Dated: January 3, 2018                         Respectfully submitted,

                                               COAST LAW GROUP, LLP

                                               /s/ Ross M. Campbell
                                               Ross M. Campbell (Cal. Bar No. 234827)
                                               1140 South Coast Highway 101
                                               Encinitas, California 92024
                                               Telephone: (760) 942-8505
                                               Email: ross@coastlawgroup.com
                                               *Counsel for Valentus, Inc. and David Jordan*

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO COMPEL (2:17-CV-001141-TLN-CMK)**

BENJAMIN LAW OFFICES

/s/ Steven Benjamin
Steven Benjamin, Esq. (Cal. Bar. No.176784)
1127 18th Street
Sacramento, California 95811
Telephone: (916) 476-4880
Facsimile: (916) 476-4889
Email: steve@benjaminlawoffices.com
*Attorneys for Plaintiff and Counterdefendants*

/s/ Roger Jaffe
Roger Jaffe, Esq. (Cal. Bar. No.126818)
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 449-3945
Facsimile: (916) 449-3946
Email: rvjlaw@hotmail.com
*Attorneys for Plaintiff and Counterdefendants*

## ORDER

Pursuant to the stipulation between the parties, IT IS HEREBY ORDERED that:

1.       Valentus, Inc.'s motions to compel (Docs. 24, 25, and 29) (the "Motions"), and its application for order to show cause why Jane G. Lee should not be held in contempt for failing to comply with a document subpoena (Doc. No. 38) (the "Application), currently set for hearing on January 10, 2018, are reset for hearing in Redding, California, on January 24, 2018, at 10:00 a.m.; the parties may appear telephonically at the hearing; and

2.       The parties shall file a single joint statement regarding all three Motions on or before January 17, 2018. Briefing on the Application shall also be due on or before January 17, 2018.

Dated:  January 8, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO COMPEL (2:17-CV-001141-TLN-CMK)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2018, I caused the foregoing document to be electronically served upon counsel for Plaintiff and Counter-Defendants via ECF, as follows:

Steven Benjamin, Esq.
Benjamin Law Offices
1127 18th Street
Sacramento, California 95811
Telephone: (916) 476-4880
Facsimile: (916) 476-4889
Email: steve@benjaminlawoffices.com
*Attorneys for Plaintiff and Counterdefendants*

Roger Jaffe, Esq.
770 L Street, Suite 950
Sacramento, California 95814
Telephone: (916) 449-3945
Facsimile: (916) 449-3946
Email: rvjlaw@hotmail.com
*Attorneys for Plaintiff and Counterdefendants*

Dated:      January 3, 2018                    /s/ Ross M. Campbell
                                               *Attorneys for Defendants and Counterclaimants*

3
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO COMPEL (2:17-CV-001141-TLN-CMK)**