# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED LABORATORIES INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALENTUS INTERNATIONAL; DAVE JORDAN, and DOES 1-20, inclusive,<br><br>Defendants.<br><br>─────────────────────────<br><br>VALENTUS, INC. and DAVID JORDAN;<br><br>Counterclaimants,<br><br>v.<br><br>ADVANCED LABORATORY INTERNATIONAL, LLC; VITAE GLOBAL, LLC; and LOUIS VOLPE;<br><br>Counterdefendants. | Case No. 2:17-cv-00141-TLN-CMK<br><br>**ORDER CONTINUING HEARING DATE ON MOTIONS TO COMPEL AND APPLICATION FOR ORDER TO SHOW CAUSE**<br><br>Hearing Date: January 31, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: 304, 3rd Floor<br>Judge: Hon. Craig M. Kellison |

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation between the parties, IT IS HEREBY ORDERED that:

1. Valentus, Inc.'s motions to compel (Docs. 24, 25, and 29) (the "Motions"), and its application for order to show cause why Jane G. Lee should not be held in contempt for failing to comply with a document subpoena (Doc. No. 38) (the "Application), currently set for hearing on January 31, 2018, are reset for hearing in Redding, California, on February 14, 2018, at 10:00 a.m.; the parties may appear telephonically at the hearing; and

2. The parties shall file a single joint statement regarding all three Motions on or before February 7, 2018. Briefing on the Application shall also be due on or before February 7, 2018.

Dated: January 24, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

---

1

[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO COMPEL (2:17-CV-001141-TLN-CMK)